# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-4122
Lower Tribunal No. 2022-DP-392

_____

In the Interest of E.M. and I.T., children.

D.T.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Greg A. Tynan, Judge.

March 28, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and GANNAM, JJ., concur.


Keith Peterson, of the Law Offices of Peterson, P.A., Mulberry, for Appellant.

Kelley Schaeffer, Appellate Counsel, of the Department of Children and Families, Bradenton, for Appellee, Department of Children and Families.

Lynn James Hinson, Orlando, for Appellee, Guardian ad Litem.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED